Order issued February 27, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-11-00716-CR

---

**JEREMY DEWAYNE LACOUR, Appellant**

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

---

Before Justices Lang-Miers, Murphy, and Fillmore

Based on the Court's opinion of this date, we **GRANT** the August 21, 2012 motion for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Adrienne A. Dunn and Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jeremy Dewayne Lacour, TDCJ #1717903, Connally Unit 899 FM 632, Kenedy, Texas, 78119.

ROBERT M. FILLMORE
JUSTICE